Exhibit 1

2008: I am attempting to obtain my medical records relating to an injury resulting from a near fatal automobile accident with my kids. I had a severe panic attack and epileptic seizure while driving with my kids on the highway. I was taken by ambulance to a hospital for observation of the condition and the injury.

2008: I have not flown since Fall 2008 when I had a panic attack while on flight that nearly led to passing out on multiple occasions.

2016/2017: While at home I had a panic attack and an epileptic seizure while dealing with vertigo. I was injured with limited mobility. I was prescribed bedrest which caused me to miss Jewish High Holidays.

2020: I testified in a deposition in New York, Securities and Exchange Commission v. Joseph Fiore et al in February 2020. Mr. Henderson flew to New York to represent me. I was anxious from the start and suffered panic issues at times during the all day deposition. I was forced to rest for a few days upon getting home.

2021: In April 2021, Mr. Henderson flew to Baltimore and represented me in SEC investigative testimony before the Denver Regional Office, as I was too anxious to fly. Mr. Henderson and I along with the SEC staff attended via Zoom. I had to pause and walk around a few times to stem panic attacks from all day questioning, especially in the afternoon.

2021: I have developed a fear of heights that can lead to bouts of vertigo or panic attacks and passing out. I drove to a meeting and en route there was a long bridge. I was forced to pay a stranger to drive my car back and forth over the bridge as I was unable.

2022: I drove to Houston from Baltimore (1500+ miles) for my niece's Bat Mitzvah because of my major flight fear. I drove an extra four hours in each direction to avoid a long bridge.