MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

USA VS YAFA (2), (3)

Case Number: 21CR1310-WQH   WITNESS LIST   Jury Trial

| DATE | PLF | DEF | WITNESS NAME |
|---|---|---|---|
| 6/12/23 | X | | ALEX SCOUFIS |
| 6/12/23-6/13/23 | X | | JEREMY TARWATER, FBI SPECIAL AGENT |
| 6/13/23 | X | | CHRISTOPHER KALE |
| 6/13/23-6/15/23 | X | | BRYAN "DURANT", FBI UNDERCOVER AGENT |
| 6/13/23-6/14/23 | X | | CHRISTOPHER KALE |
| 6/14/23-6/15/23 | X | | CHARLES STRONGO |
| 6/15/23 | X | | MICHAEL MITSUNAGA |
| 6/15/23 | X | | KEVIN ELDER |
| 6/15/23 | X | | JOHN BARLOW |
| 6/15/23-6/16/23 | X | | BRIAN VOLMER |
| 6/16/23 | X | | BENJAMIN MCDONNELL, FBI FORENSIC ACCOUNTANT |